# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GRADY R. WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV413-129 |
| BRIAN OWENS, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

After Grady R. Williams filed his "Petition for an Extraordinary Writ Authorized by 28 U.S.C. 1651(a)," doc. 1 at 1, the Clerk sent him a Deficiency Notice regarding his $5 filing fee. Doc. 3. The Notice gave Williams until June 19, 2013 to either pay the fee or move for leave to proceed *in forma pauperis*. *Id*. In that Williams has done neither, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  1st  day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA