FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 18  PM 4: 11

[signature] SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| GRADY R. WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV413-129 |
| BRIAN OWENS, | ) ) ) |
| Respondent. | ) ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _18_ day of _July_, 2013.

[signature]
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA