# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GRADY R. WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV413-129 |
| BRIAN OWENS, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

In response to this Court's *Castro* warning Order, doc. 10, Grady R. Williams moves to dismiss his 28 U.S.C. 1651(a) proceeding. Doc. 12. He notes that he is exhausting state remedies at this time. *Id.* at 1. His motion should be **GRANTED** and this case should be **DISMISSED WITHOUT PREJUDICE**.

SO REPORTED AND RECOMMENDED, this 21st day of August, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA